[These notes consist, in the main, of memoranda made by the Court in deciding the cases, the importance of which does not demand a more formal report.]

### MORGAN v. WEBSTER COUNTY.

*Appeal from Webster District Court — Thursday, April* 16, 1863.

#### PRACTICE — ISSUES.

THE decision of the court was announced by —

LOWE, J. — This cause was tried by the court and judgment rendered for the amount of plaintiff's claim. No exceptions were taken in the court below, except to the general decision of the court upon the merits of the issue made between the parties. In this court the legality of the plaintiff's claim is contested, but this question should have been raised in the court below, either by a demurrer to the cause of action or to the evidence establishing the claim, or in arrest — neither of which was done, except by way of argument to the court below while trying the issue of fact. This being the condition of the record, the cause should be affirmed without further opinion.

*Eastman* for the appellant — *Allen* for the appellee.

### NICKING v. NESMITH *et al.*

*Appeal from Tama District Court — Friday, June* 5, 1863.

#### RETAXATION OF COSTS: PRACTICE.

THE ruling of the court below refusing to retax costs, was affirmed by reasons stated by —

Wright, J.—Defendants appeal from an order refusing to retax certain costs. Whether the facts were as claimed by them in their motion, we have no means of knowing. It only appears that they moved, for certain causes, to exclude the fees of several witnesses from the taxation of costs. There is no bill of exceptions, or anything else to show that these causes had any foundation in fact.

*G. R. Struble* for the appellant — *J. L. Allen* for the appellee.